1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
6  Attorneys for Mr. Cruz-Ortega
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj2399
                                    )
12            Plaintiff,             )
                                    )
13 v.                                )
                                    )   **NOTICE OF APPEARANCE**
14 **JUAN CRUZ-ORTEGA,**             )
                                    )
15            Defendant.             )
                                    )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                                       Respectfully submitted,

21 Dated: August 12, 2008              *s/ James M. Chavez*
                                       Federal Defenders of San Diego, Inc.
22                                     *james_chavez@fd.org*

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Cruz-Ortega

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2399 |
   |---|---|---|
12 |           Plaintiff,       | ) |                   |
13 | v.                         | ) | **PROOF OF SERVICE** |
14 | **JUAN CRUZ-ORTEGA**,      | ) |                   |
15 |           Defendant.       | ) |                   |

16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18  of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19  day upon:

20         ASSISTANT UNITED STATES ATTORNEY
           Efile.dkt.gc1@usdoj.gov
21

22  Dated: August 12, 2008                     s/ *James M. Chavez*
                                               JAMES M. CHAVEZ
23                                             Federal Defenders of San Diego, Inc.,
                                               225 Broadway, Suite 900
24                                             San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
25                                             (619) 687-2666  (fax)
                                               e-mail: james_chavez@fd.org
26

27

28