UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. _08mj 2399_ |
| vs. | ) ) | ORDER |
| Juan Cruz-Ortega | ) ) | RELEASING MATERIAL WITNESS |
| | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Enrique Galvan-Perez

DATED: 8-14-08

RECEIVED _____
DUSM

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by G Cazares
Deputy Clerk