UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Juan Cruz Ortega ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj2299 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Calletano Martinez-Blanco

DATED: 8-14-08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
Ruben B. Brooks

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by G. Cazares
   Deputy Clerk