FILED

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2738-JAH |
| Plaintiff, ) | |
| ) | I N F O R M A T I O N |
| v. ) | |
| ) | Title 8, U.S.C., |
| JUAN CRUZ-ORTEGA, ) | Sec. 1324(a)(1)(A)(i) and (v)(II) |
| ) | - Bringing in Illegal Aliens and |
| Defendant. ) | Aiding and Abetting |

The United States Attorney charges:

On or about August 1, 2008, within the Southern District of California, defendant JUAN CRUZ-ORTEGA, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Enrique Galvan-Perez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 8/14/08.

KAREN P. HEWITT
United States Attorney

_Jween M. Becker for_

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:mg:San Diego
8/5/08